ACCEPTED
03-14-00735-CV
5586132
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 2:53:45 PM
JEFFREY D. KYLE
CLERK



KEN PAXTON
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/8/2015 2:53:45 PM
JEFFREY D. KYLE
Clerk

ELIZABETH R. B. STERLING
ASSISTANT ATTORNEY GENERAL

elizabeth.sterling@texasattorneygeneral.gov

June 8, 2015

Jeffrey D. Kyle
Clerk, Third Court of Appeals
Price Daniel Sr. Building
209 West 14th Street, Room 101
Austin, Texas 78701

RE:    Court of Appeals Number: 03-14-00735-CV

Style:  *Entergy Texas, Inc., et al. v. Public Utility Commission of Texas, et al.*

Dear Mr. Kyle:

As lead attorney for the Public Utility Commission in this case, I'm writing to let the Court know that I will be out of the state September 9, 2015 to September 15, 2015, so that the Court can consider that information when setting matters in this case.

Sincerely yours,

 /s/*Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling
Assistant Attorney General
State Bar No. 19171100
Environmental Protection Division
512.463.2012
512.457.4616 (fax)
elizabeth.sterling@texasattorneygeneral.gov

## Certificate of Service

I hereby certify that on this the 8th day of June 2015 a true and correct copy of this letter was served on the following counsel electronically, through an electronic filing service and by email.


/s/ *Elizabeth R. B. Sterling*
Elizabeth R. B. Sterling

| | |
|---|---|
| Marnie A. McCormick<br>Patrick J. Pearsall<br>Duggins, Wren, Mann & Romero, LLP<br>P. O. Box 1149<br>Austin, Texas 78767-1149<br>512.744.9300<br>512.744.9399 (fax)<br>mmccormick@dwmrlaw.com<br>ppearsall@dwmrlaw.com | Counsel for Appellant Entergy Texas, Inc. |
| Daniel J. Lawton<br>The Lawton Law Firm, P.C.<br>12600 Hill Country Blvd, Ste. R-275<br>Austin, TX 78738<br>512.322.0019<br>855.298.7978 (fax)<br>dlawton@ecpi.com | Counsel for Appellants Cities of Anahuac, et al. |
| Sara J. Ferris<br>Senior Assistant Public Counsel<br>Office of Public Utility<br>P.O. Box 12397<br>Austin, Texas 78711-2397<br>512.936.7500<br>512.936.7520 (fax)<br>sara.ferris@opuc.texas.gov | Counsel for Appellant Office of Public Utility Counsel |

| Katherine H. Farrell<br>Assistant Attorney General<br>Administrative Law Division<br>Energy Rates Section<br>Office of the Attorney General<br>P.O. Box 12548, MC 018-12<br>Austin, Texas 78711-2548<br>512.475.4237<br>512.320.0167 (fax)<br>katherine.farrell@texasattorneygeneral.gov | Counsel for State Agencies |
|---|---|
| Rex VanMiddlesworth<br>Benjamin Hallmark<br>Thompson & Knight LLP<br>98 San Jacinto Blvd., Ste. 1900<br>Austin, Texas 78701<br>512.469.6100<br>512.469.6180 (fax)<br>rex.vanm@tklaw.com<br>benjamin.hallmark@tklaw.com | Counsel for Texas Industrial Energy Consumers |